Katherine Van Offelin and William W. De Young,
 Appellees, v. Peter De Young et al., First National
 Bank of Blue Island, Defendants. Gerrit De
 Young, and Jennie De Young, Appellants.

Gen. No. 46,351. 

First District, Third Division.

February 2, 1955.

Released for publication February 25, 1955.

 Roman E. Posan-
ski, for appellants; Charles D. Snewind, of counsel; Sherman &
Lewis, for appellees; Irving S. Abrams, of counsel. Opinion by
JUSTICE FEINBERG. **Not to be published in full.**